# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142853 & (52)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FORD MOTOR COMPANY,
      Plaintiff-Appellee,
      Cross-Appellant,

v

                                 SC: 142853
                                 COA: 294411
                                 Ct of Claims: 06-000003-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellant,
      Cross-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

t0718